No. 77–5657.   BATTIE *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 77–201.   PRICE *v.* PITCHESS, SHERIFF, *ante,* p. 965;

No. 77–496.   CARGILE ET AL. *v.* MICHIGAN, *ante,* p. 967;

No. 77–566.   HOWIE *v.* UNITED STATES RUBBER CO., INC., ET AL., *ante,* p. 969;

No. 77–590.   TIMMONS *v.* McGRATH, *ante,* p. 985;

No. 77–5286.   MORRIS *v.* UNITED STATES, *ante,* p. 971;

No. 77–5357.   BOTTOS *v.* AVAKIAN ET AL., *ante,* p. 986;

No. 77–5381.   WHITE *v.* UNITED STATES, *ante,* p. 971;

No. 77–5439.   HOUSE *v.* STYNCHCOMBE, SHERIFF, ET AL., *ante,* p. 975;

No. 77–5458.   GIBSON *v.* UNITED STATES, *ante,* p. 987;

No. 77–5467.   TOWNES *v.* UNITED STATES, *ante,* p. 987;

No. 77–5482.   McCORQUODALE *v.* STYNCHCOMBE, SHERIFF, ET AL., *ante,* p. 975;

No. 77–5512.   MURPHY *v.* FATZER, CHIEF JUSTICE, SUPREME COURT OF KANSAS, ET AL., *ante,* p. 972;

No. 77–5552.   ROBINSON *v.* INDIANA, *ante,* p. 973;

No. 77–5564.   POSTON *v.* SOUTH CAROLINA, *ante,* p. 973;

No. 77–5565.   GALBRAITH *v.* CITY OF COLUMBUS, OHIO, *ante,* p. 973; and

No. 77–5614.   FAIRCHILD *v.* MUNICIPAL COURT OF CALIFORNIA, IMPERIAL COUNTY, IMPERIAL JUDICIAL DISTRICT, *ante,* p. 998.   Petitions for rehearing denied.